April 28, 2015


Re:  COA# 03-15-00118-CV

Trial Court# D-1-GN-14-003700;  Texas Quarter Horse Association, et al v. American Legion Dept. of Texas, et al

Mr. Kyle:

I have been on family leave caring for my mother who had brain surgery.  I have not received a request to transcribe the above-mentioned case.  I will contact the parties to inquire.  If they wish to request the record, I can have it filed by May 11, 2015.


Thank you,

LaSonya Thomas

(512) 497-9986